UNITED STATES of America,
Plaintiff—Appellee,

v.

Shahborn EMMANUEL, a/k/a Lord Shahborn Emmanuel, a/k/a Michael O'Neil, Defendant—Appellant.

No. 06–6321.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2006.

Decided May 24, 2006.

Shahborn Emmanuel, Appellant Pro Se. Gretchen C.F. Shappert, United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

212

PER CURIAM:

Shahborn Emmanuel appeals a district court order denying his motion to withdraw his guilty plea. We have reviewed the record and the district court order and affirm for the reasons cited by the district court. *See United States v. Emmanuel,* No. 5:95–cr–00006–2 (W.D.N.C. Feb. 2, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*